JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER WESTRUM,** | ) CASE NO.: 8:17-cv-01760-JVS(KES) |
|     **Plaintiff,** | ) <br> ) **ORDER RE:** <br> ) **REMAND TO STATE COURT** |
| **vs.** | ) |
| **TARGET CORPORATION; et al.,** | ) |
|     **Defendants.** | ) |

Having considered the stipulation dated January 12, 2018, between Plaintiff, JENNIFER WESTRUMM, and Defendant, TARGET CORPORATION, and good cause appearing:

IT IS HEREBY ORDERED, that because the operative First Amended Complaint filed on December 30, 2017 added a new Defendant, Global Building Services, Inc., a California Corporation, this case does not meet the jurisdictional requirements for removal as defined in 28 U.S.C. §1332(a).

///

///

///

- 1 -
[PROPOSED] ORDER RE:
REMAND TO STATE COURT

1 | Accordingly, this matter is remanded to the Superior Court of California, County of Orange, Central Justice Center, 700 Civic Center Drive, Santa Ana, California 92701.

DATED: January 16, 2018  _____
Honorable James V. Selna
Judge of the U.S. District Court